UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRIS JONATHAN EPPERSON,

                Plaintiff,

      -against-

UNITED STATES; GEOFFREY S. BINNEY; BILL CLINTON; BARAC OBAMA; DONALD TRUMPH; JOE BIEDON,

                Defendants.

21-CV-2176 (CM)

CIVIL JUDGMENT

Pursuant to the order issued April 1, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 1, 2021
          New York, New York

                                        COLLEEN McMAHON
                                        Chief United States District Judge